**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Southwest Heritage Bank, | No. CV-25-00047-PHX-SMM (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Steven C Coury, et al., | |
| Defendants. | |

This matter was assigned to Magistrate Judge John Z. Boyle. (Doc. 4). On February 2, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 54). The Magistrate Judge recommends that this Court deny Plaintiff's Motion for Default Judgment Against Defendant Lincoln J. Moore ("Defendant Moore")

---

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,

**IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.

**IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:

Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

(Doc. 38) without prejudice because the <u>Eitel</u> factors weigh against entry of default judgment and recommends that the Court deny Plaintiff's Motion for Attorney's Fees (Doc. 40) without prejudice because there is no judgment against Defendant Moore. (Doc. 54). The Magistrate Judge further recommended that, if the previous recommendations are adopted, Plaintiff be granted thirty days to file an amended complaint. (<u>Id.</u>) After the Magistrate Judge filed the Report and Recommendation, Plaintiff filed a Motion for Leave to Amend Complaint and Withdrawal of Default Judgment Pending the Filing of Amended Complaint. (Doc. 55). Due to Plaintiff's intervening Motion, the Court rejects the Magistrate Judge's Report and Recommendation.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); <u>see</u> <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. <u>See</u> <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." <u>Id.</u>

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge and Plaintiff's intervening Motion, the Court hereby declines to adopt the Magistrate Judge's Report and Recommendation because it is now moot.

The Magistrate Judge recommended that this Court deny Plaintiff's Motion for Default Judgment and allow Plaintiff thirty days to file an amended complaint because Plaintiff did not state a claim that complies with Fed. R. Civ. P. 9(b). (Doc. 54). After the

Magistrate Judge filed the Report and Recommendation, Plaintiff filed a Motion for Leave to Amend Complaint and Withdrawal of Default Judgment Pending the Filing of Amended Complaint. (Doc. 55). Due to Plaintiff's intervening Motion, the Court declines to adopt the Magistrate Judge's Report and Recommendation.

Accordingly, for the reasons set forth,

**IT IS ORDERED rejecting** the Report and Recommendation of the Magistrate Judge because it is now **moot**. (Doc. 54).

Dated this 18th day of February, 2026.

Stephen M. McNamee
Senior United States District Judge